UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Criminal No. 4:25-cr-0030 |
| | § | |
| BRILEY JESUS BALLERA FARIAS | § | |

**ORDER**

Came on to be considered Government's Motion to Dismiss Indictment numbered 4:25-cr-0030 against defendant BRILEY JESUS BALLERA FARIAS. It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the criminal indictment numbered 4:25-cr-0030 against BRILEY JESUS BALLERA FARIAS be dismissed.

SIGNED: September 13, 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE